USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2026

NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW
330 Madison Avenue
27th Floor
New York, NY 10017
T: (212) 413-9000 F: (646) 428-2610
nelsonmullins.com

MEMO ENDORSED

Lisa A. Herbert
Attorney
T: (212) 413-9042
lisa.herbert@nelsonmullins.com

October 19, 2026

**Via CM/ECF**

Hon. Judge Valerie E. Caproni, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Milton Williams, on Behalf of Himself and All other Persons Similarly Situated v. Eminence Speakers, LLC*
Case No. 1:26-cv-5894
Request for Adjournment of Initial Pretrial Conference on Consent

Dear Judge Caproni:

This office was recently retained to represent Defendant Eminence Speakers, LLC ("Defendant") in the above-referenced matter. On October 16, 2026, my office agreed to accept service on Defendant's behalf and signed a Rule 4 Waiver of Service of Process (ECF 7) such that Defendant shall answer, move or otherwise respond to the Complaint by December 15, 2026.

Given our recent retention and service of the Complaint, we respectfully request a 60-day adjournment of the initial pretrial conference ("IPTC"), currently scheduled for November 13, 2026, at 10:00 a.m., and a corresponding extension of all related deadlines (the first of which is a meet and confer to be conducted no later than October 22). This time will allow my office to investigate Plaintiff's allegations and explore the possibility of an early resolution.

Accordingly, we respectfully request that the IPTC be adjourned to January 12, 2027, or a date thereafter, and a corresponding 60-day extension of all related deadlines. Plaintiff consents to this request, which is the first request for an adjournment.

Defendant reserves all rights and defenses.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Lisa A. Herbert*
Lisa A. Herbert

Application GRANTED. The IPTC scheduled for November 13, 2026, is ADJOURNED to **Friday, January 15, 2027** at **10:00 AM** in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007. The parties' joint letter is due not later than **Thursday, January 7, 2027**. Per the original IPTC notice, *see* Dkt. 6, the Defendant(s)' time to move against or answer the Complaint is stayed until the date of the IPTC, unless ordered otherwise. All other deadlines are adjourned for 60 days. *See id.*

SO ORDERED.

10/20/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE